[No. 33424-7-I. Division One. March 4, 1996.]

AARD PEST CONTROL, INC., ET AL., *Appellants*, v. DANIELS ROOFING, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-17215-5, Nancy A. Holman, J., entered August 27, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 34979-1-I. Division One. March 4, 1996.]

JESUS CHRIST CORPORATION, ET AL., *Appellants*, v. SNOHOMISH COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-2-00779-9, Richard J. Thorpe, J., entered June 27, 1994. *Affirmed* by unpublished opinion per Becker, J., concurred in by Agid and Cox, JJ.

[No. 35144-3-I. Division One. March 4, 1996.]

JOHN T.A. ELY, *Appellant*, v. FORBES DEVELOPMENT CORP., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 81-2-07772-2, Sharon S. Armstrong, J., entered July 25, 1994. *Affirmed* by unpublished per curiam opinion.